# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEBRA L. WIX**, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. CIV-07-365-RAW |
| **MICHAEL J. ASTRUE**, **Commissioner of Social Security Administration**, | ) |
|         Defendant. | ) |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 30, 2009, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 14th day of April, 2009.

Dated this 14th Day of April 2009.

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0